UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM WALLACE,

    Plaintiffs,

v.

GRUSH, INC., et al.,

    Defendants.

Case No. 17-cv-01243-SI (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 8, 2017 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: September 22, 2017.

DESIGNATION OF EXPERTS: 8/18/17; REBUTTAL REPORTS: 8/28/17;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: September 22, 2017.

DISPOSITIVE MOTIONS **SHALL** be filed by; September 22, 2017;
    Opp. Due: October 6, 2017; Reply Due: October 13, 2017;
    and set for hearing no later than October 27, 2017 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 28, 2017 at 3:30 PM.

JURY TRIAL DATE: December 11, 2017 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
The parties have agreed to an expedited trial schedule pursuant to General Order No. 64.

This case shall be referred to the Court's mediation program. The mediation session shall occur in the 1st two weeks in August 2017.

The parties have agreed to conduct slightly expanded written discovery.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: 6/12/17

_____
SUSAN ILLSTON
United States District Judge