Kieran Ringgenberg (SBN 208600)
Ringgenberg Law Firm PC
1611 Telegraph Ave, Suite 806
Oakland, CA 94612
Tel: (510) 420-3846
Fax: (510) 560-4708
Email: kieran@ringgenberglaw.com

Attorney for Plaintiff William Wallace

Gabriel G. Gregg (SBN 187333)
RIMON, P.C.
2479 E. Bayshore Road, Suite 185
Palo Alto, CA 94303
Tele: (650) 461-4433
Fax: (800) 930-7271
Email: gabriel.gregg@rimonlaw.com

Attorney for Defendants Grush, Inc., Ethan Daniel Schur, and Yong-Jing Wang,

IT IS SO ORDERED

Judge Susan Illston

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| William Wallace, <br><br> Plaintiff, <br> v. <br><br> Grush, Inc., Ethan Daniel Schur, and Yong-Jing Wang, <br><br> Defendants. | Case No.: 4:17-cv-01243-SI <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff William Wallace and Defendants Grush, Inc., Ethan Daniel Schur, and Yong-Jing Wang, by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
- 1 -

| | | |
|---|---|---|
| Dated: August 14, 2017 | | RINGGENBERG LAW FIRM PC |

                                                _____/s/_____

By: Kieran Ringgenberg

Attorney for Plaintiff,
William Wallace

Dated: August 14, 2017                    RIMON P.C.

                                                _____/s/_____

By: Gabriel G. Gregg

Attorney for Defendants,
Grush, Inc., Ethan Daniel Schur, and
Yong-Jing Wang

**ATTESTATION OF CONCURRENCE**

I hereby attest that concurrence in the filing of this document has been obtained from each other signatory thereto.

                                    Dated: August 14, 2017

                                    _____/s/_____

                                    By: Kieran Ringgenberg